```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ALEXANDER CLIFFORD, individually and on  :
behalf of all others similarly           :        20cv2807 (DLC)
situated,                                :
                          Plaintiff,     :        ORDER
              -v-                        :
                                         :
BIBOX GROUP HOLDINGS LIMITED, BIBOX      :
TECHNOLOGY LTD., BIBOX TECHNOLOGY OÜ,    :
WANLIN "ARIES" WANG, JI "KEVIN" MA, and  :
JEFFREY LEI,                             :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 29, 2020, the Court scheduled a telephonic conference for July 6 to appoint a lead plaintiff and to consider any motion to consolidate this action with any other action asserting substantially the same claims.  It is hereby

ORDERED that the July 6 telephonic conference is rescheduled for **July 2, 2020 at 10:00 am**.  The dial-in credentials for the telephone conference are as follows:

Dial-in: 888-363-4749

Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

    SO ORDERED:

Dated:    New York, New York
         June 25, 2020

                                                    _____
                                                        DENISE COTE
                                        United States District Judge