```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
ALEXANDER CLIFFORD, individually and on   :
behalf of all others similarly            :    20cv2807 (DLC)
situated,                                 :
                                          :           ORDER
                              Plaintiff,  :
               -v-                        :
                                          :
BIBOX GROUP HOLDINGS LIMITED, BIBOX       :
TECHNOLOGY LTD., BIBOX TECHNOLOGY OÜ,     :
WANLIN "ARIES" WANG, JI "KEVIN" MA, and   :
JEFFREY LEI,                              :
                                          :
                              Defendants. :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On June 25, 2020 the Court scheduled a telephonic conference for July 2 to appoint a lead plaintiff and to consider any motion to consolidate this action with any other action asserting substantially the same claims.  As of the date of this Order, counsel for the defendants has yet to file a notice of appearance in this case.  Accordingly, it is hereby

ORDERED that the plaintiff shall promptly serve a copy of the June 25 Order on each defendant.

SO ORDERED:

Dated:    New York, New York
          June 26, 2020

                              _____
                                      DENISE COTE
                              United States District Judge