# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BIBOX GROUP HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:20-cv-02807-DLC<br><br>Honorable Denise L. Cote |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

On this __10__ day of __August__ 2020, the Court considered Plaintiff's Motion for Alternative Service upon Defendants Bibox Technology Ltd., Bibox Technology OÜ, Wanlin "Aries" Wang, Ji "Kevin" Ma, and Jeffrey Lei. Having considered the Motion, and the materials submitted in support thereof, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff is authorized to serve Defendants Bibox Technology Ltd. and Bibox Technology OÜ by email at support@bibox.zendesk.com, and by mailing the requisite documents to Bibox Holdings at its registered agent in the British Virgin Islands.

2. Plaintiff is authorized to serve Defendant Wanlin "Aries" Wang through (i) Wang's known social media profiles (Twitter, LinkedIn, and Instagram); (ii) potential email addresses associated with Wang, including (a) wangwanlin52520@yahoo.com, (b) wang@bibox.com, (c) awang@bibox.com, (d) arieswang@bibox.com, (e) aries_wang@bibox.com, (f) aries@bibox.com, and (g) aries.wang@bibox.com; (iii) the following email address associated with Bibox: support@bibox.zendesk.com; and (iv) by mailing the requisite documents to Bibox Holdings at its registered agent in the British Virgin Islands.

1

3. Plaintiff is authorized to serve Defendant Jeffrey Lei by email, through (i) Lei's known Twitter account; (ii) potential email addresses associated with Lei, including (a) jefferylei@bellsouth.net, (b) carman4ever1966@yahoo.com, (c) lei@bibox.com, (d) jlei@bibox.com, (e) jeffreylei@bibox.com, (f) jeffrey_lei@bibox.com, (g) jeffrey@bibox.com, and (h) jeffrey.lei@bibox.com; (iii) the following email address associated with Bibox: support@bibox.zendesk.com; and (iv) by mailing the requisite documents to Bibox Holdings at its registered agent in the British Virgin Islands.

4. Plaintiff is authorized to serve Defendant Ji "Kevin" Ma through (i) Ma's known LinkedIn account; (ii) potential email addresses associated with Ma, including (a) mak@bibox.com, (b) ma@bibox.com, (c) kma@bibox.com, (d) kevinma@bibox.com, (e) kevin_ma@bibox.com, (f) kevin@bibox.com, and (g) kevin.ma@bibox.com; (iii) the following email address associated with Bibox: support@bibox.zendesk.com; and (iv) by mailing the requisite documents to Bibox Holdings at its registered agent in the British Virgin Islands.

Dated: August 10, 2020

_____
DENISE COTE
United States District Judge

2