```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
                                         :     20cv2807(DLC)
 IN RE BIBOX GROUP HOLDINGS LIMITED      :
 SECURITIES LITIGATION                   :          ORDER
                                         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Lead plaintiff having reported on August 28, 2020 on its efforts to effect service, it is hereby

ORDERED that a telephonic conference is scheduled for **October 16, 2020** at **2:00 pm.** The parties shall use the following dial-in instructions for the telephone conference:

   Dial-in: 888-363-4749

   Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that, by **October 9, 2020,** the parties shall submit a proposed schedule for further proceedings.

IT IS FURTHER ORDERED that lead plaintiff shall promptly serve on the defendants a copy of this Order, including in the manner set forth in the August 10 Order authorizing substitute

service.

SO ORDERED:

Dated:   New York, New York
         September 1, 2020

```
                    _____
                         DENISE COTE
                    United States District Judge
```