

**Via ECF**  January 22, 2021

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** *In re Bibox Group Holdings Limited Securities Litigation,* **1:20-cv-02807-DLC**

Dear Judge Cote:

    We represent Plaintiff in the above-referenced action. Pursuant to the Court's Individual Practice 4.F, Plaintiff respectfully requests oral argument on Defendants' Motion to Dismiss (ECF No. 71).

    Respectfully submitted,

*s/ Kyle W. Roche*                                                             *s/ Jordan A. Goldstein*
Roche Cyrulnik Freedman                                          Selendy & Gay, PLLC
ROCHE CYRULNIK FREEDMAN LLP                    SELENDY & GAY, PLLC
99 Park Avenue, 19th Floor                                       1290 Avenue of the Americas
New York, NY 10016                                                   New York, NY 10104
kyle@rcfllp.com                                                            jgoldstein@selendygay.com