**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE BIBOX GROUP HOLDINGS LIMITED
SECURITIES LITIGATION

20 **CIVIL** 2807 (DLC)

**JUDGMENT**

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 16, 2021, Bibox's December 9, 2020 motion to dismiss is granted; judgment is entered for the defendants and this case is closed.

**Dated:** New York, New York
April 19, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY:
_____
**Deputy Clerk**