UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BIBOX GROUP HOLDINGS
LIMITED SECURITIES LITIGATION

Case No. 1:20-cv-2807-DLC

Honorable Denise L. Cote

**ORAL ARGUMENT REQUESTED**

### NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING THE AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Plaintiff Alexander Clifford, by and through his undersigned counsel, will move this Court, before the Honorable Denise L. Cote, United States District Judge at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an order pursuant to Rule 59 of the Federal Rules of Civil Procedure and pursuant to Local Civil Rule 6.3 seeking reconsideration of the order (ECF No. 90) dismissing the Amended Class Action Complaint and such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.3 and Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served on the undersigned counsel by May 12, 2021.

2

Dated:   April 28, 2021                         Respectfully submitted,
         New York, NY


/s/ *Kyle W. Roche*                             /s/ *Jordan A. Goldstein*
Kyle W. Roche                                   Philippe Z. Selendy
Edward Normand                                  Jordan A. Goldstein
Velvel (Devin) Freedman                         Michelle Foxman
   (*pro hac vice*)                             SELENDY & GAY PLLC
Alex Potter                                     1290 Sixth Avenue, 17th Floor
ROCHE FREEDMAN LLP                              New York, NY 10104
99 Park Avenue, 19th Floor                      Tel: (212) 390-9000
New York, NY 10016                              pselendy@selendygay.com
Tel: (646) 350-0527                             jgoldstein@selendygay.com
kyle@rcfllp.com                                 mfoxman@selendygay.com
tnormand@rcfllp.com
vel@rcfllp.com                                  *Co-Lead Counsel and Attorneys for*
apotter@rcfllp.com                              *Plaintiff and the Proposed Class*