UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE BIBOX GROUP HOLDINGS LIMITED       :   20cv2807 (DLC)
SECURITIES LITIGATION                    :
                                         :       ORDER
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On April 16, 2021, this Court entered an Opinion and Order dismissing the above-captioned case in its entirety. On April 28, the plaintiff filed a motion for reconsideration, pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 6.3, that seeks reconsideration of the portion of the Opinion and Order that dismissed the plaintiff's claims under the Illinois Blue Sky law. It is hereby

ORDERED that the defendants shall file any opposition to the motion for reconsideration by **May 13, 2021**.

IT IS FURTHER ORDERED that the plaintiff shall file any reply by **May 20, 2021**.

Dated:   New York, New York
         April 29, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge